**Opinion issued November 19, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00827-CV

————————————

## IN RE CHARLES OLIVER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Charles Oliver, has filed a petition for writ of mandamus, seeking to

have this Court vacate the respondent district court's order, which he contends is

void.[1]

---

[1] The underlying case is *Charles Oliver v. Sherese Wilcutt*, cause number 16-FD-3116, pending in the 306th District Court of Galveston County, Texas, the Honorable Anne B. Darring presiding.

We **deny** relator's petition for a writ of mandamus.[2]  *See* TEX. R. APP. P. 52.8(a).  We dismiss all other pending motions as moot.


## PER CURIAM

Panel consists of Chief Justice Radack and Justices Landau and Hightower.

---

[2]  *See* TEX. R. APP. P. 52.3(g) (every statement of fact must be supported by citation to evidence included in appendix or record), 52.3(h) (petition must contain citations to authorities and to appendix or record), 52.3(k) (appendix must contain certified or sworn copy of order complained of), 52.7(relator must file record with certified or sworn copy of every document material to relator's claim for relief and authenticated transcript of any relevant testimony from any underlying proceeding or statement that no testimony was adduced in connection with matter).